# UNITED STATES DISTRICT COURT
### for the
### Southern District of Alabama

United States of America
v.
TED LOVE

)
)
)
)
)
)
)

Case No: 04-00189-001

USM No: 08818-003

Date of Original Judgment: 05-19-2005
Date of Previous Amended Judgment: 08-04-2008
*(Use Date of Last Amended Judgment if Any)*

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED. ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____235_____ months **is reduced to** _____188 months_____ .

Except as otherwise provided, all provisions of the judgment dated _____05-19-2005_____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____April 9, 2012_____

/s/ Callie V. S. Granade
*Judge's signature*

Effective Date: _____
*(if different from order date)*

United States District Judge
*Printed name and title*